**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ABDIEL AVILA,                        :
                                              Civil Action No. 09-3278 (RBK)
              Petitioner,      :

              v.                       :              **O R D E R**
                                                          (CLOSED)
ERIC TAYLOR, et al.,            :

              Respondents.     :


On or about July 6, 2009, Petitioner filed the instant application for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis.

For the reasons set forth in this Court's Opinion filed herewith;

IT IS on this __23rd__ day of __July__, 2009,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is dismissed, without prejudice, for failure to exhaust; and it is further

ORDERED that no certificate of appealability will issue; and it is finally

ORDERED that the Clerk of the Court shall close this case.


                                   s/Robert B. Kugler
                                   ROBERT B. KUGLER
                                   United States District Judge